UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20323

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**TIFFANY FOSTER**,

    Defendant.

_____/

### NOTICE OF CROSS-APPEAL

Notice is hereby given that Tiffany Foster, defendant in the above-captioned case, hereby cross-appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment of Guilt pronounced against her on February 20, 2015, from the Trial Court's April 16, 2015 Order which denied as moot her Motion for New Trial, and from the Trial Court's December 11, 2014 Order denying her Motion to Dismiss.

    Respectfully Submitted,

    s/ Marshall Dore Louis
    Marshall Dore Louis
    Florida Bar No. 512680
    SINCLAIR, LOUIS & ZAVERTNIK, P.A.
    40 Northwest 3rd Avenue, Suite 200
    Miami, FL 33128
    TEL: (305) 374-0544
    FAX: (305) 381-6869
    E-MAIL: mdl@sinclairlouis.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 28, 2015, I filed the foregoing document with the Clerk of the Court.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

s/ Marshall Dore Louis
Marshall Dore Louis
Florida Bar No. 512680
SINCLAIR, LOUIS & ZAVERTNIK, P.A.
40 Northwest 3rd Avenue, Suite 200
Miami, FL 33128
TEL: (305) 374-0544
FAX: (305) 381-6869
E-MAIL: mdl@sinclairlouis.com

## SERVICE LIST

**Nicholas E. Surmacz**
U.S Department of Justice
1400 New York Avenue, NW, 3rd Floor
Washington, DC 20005
202-445-9467
Email: nicholas.surmacz@usdoj.gov
(Via CM/ECF Electronic Notification)

**Ellen R. Meltzer**
U.S Department of Justice
1400 New York Avenue, NW, Room 4428
Washington, DC 20005
202-445-9467
Email: ellen.meltzer@usdoj.gov
(Via E-Mail)

*Attorneys for the United States of America*

**Joel Hirschhorn**
**Brian H. Bieber**
Gray-Robinson
550 Biltmore Way
Penthouse Three A
Coral Gables, FL 33134
305-416-6880
Fax: 305-446-1766
Email: Joel.Hirschhorn@gray-robinson.com
Email: brian.bieber@gray-robinson.com
(Via CM/ECF Electronic Notification)

*Attorneys for Barry Kaplowitz*

**Bruce Howard Lehr**
**Andrew Keith Levi**
Lehr, Fischer, Feldman, Levi, Mendez
1401 Brickell Ave.
Suite 910
Miami, FL 33131
(305) 377-1777
Email: blehr18@aol.com
         alevi@llmlawfirm.com
(Via CM/ECF Electronic Notification)

*Attorneys for Christopher Gabel*